# EXHIBIT A

Case 2:15-cv-02278-MHB   Document 1-1   Filed 11/11/15   Page 1 of 9

EXHIBIT A

| Registration Number | Infringing Link | Title |
|---|---|---|
| 1-1899988231 | http://www.shooshtime.com/videos/xxx/emily-grey-just-wants-to-make-you-cum_133353/ | Fantasy-HD video (2014.09) |
| 1-2348852167 | http://www.shooshtime.com/videos/xxx/ashas-first-time-trying-anal-is-pretty-sweet_138373/ | My Very First Time videos (2015.0304) |
| 1-2653861634 | http://www.shooshtime.com/videos/xxx/pretty-young-alex-isnt-afraid-of-a-challenge_138995/ | Casting Couch X videos (2015.0708) |
| 1-936365638 | http://www.shooshtime.com/videos/xxx/kennedy-is-one-filthy-little-teen_121804/ | Casting Couch X video (2013.03) |
| PA0001802017 | http://www.shooshtime.com/videos/xxx/cheerleaders-are-the-easiest-girls-alive_112165/ | 18 Years Old video (2011.09) |
| PA0001804997 | http://www.shooshtime.com/videos/xxx/mega-busty-girlfriend-goes-for-rough-ride_110217/ | Passion-HD video (2011.11) |
| PA0001806134 | http://www.shooshtime.com/videos/xxx/bodacious-gf-takes-a-real-slamming_127773/ | Disgraced 18 video (2012.05) |
| PA0001806134 | http://www.shooshtime.com/videos/xxx/damn-his-gf-can-fucking-take-it_124906/ | Disgraced 18 video (2012.05) |
| PA0001806141 | http://www.shooshtime.com/videos/xxx/flexible-girlfriend-makes-a-great-bang_116303/ | 18 Years Old video (2012.05) |
| PA0001806146 | http://www.shooshtime.com/videos/xxx/wild-homemade-fuck-with-the-gf_124920/ | Deep Throat Love video (2012.05) |
| PA0001806310 | http://www.shooshtime.com/videos/xxx/i-bet-your-gfs-never-done-this-before_127891/ | Real Ex Girlfriends video (2012.05) |
| PA0001806506 | http://www.shooshtime.com/videos/xxx/2-teen-pussies-get-filled-to-the-max_128048/ | Teen BFF video (2012.05) |
| PA0001808094 | http://www.shooshtime.com/videos/xxx/picture-perfect-teen-wants-that-dick_127727/ | Real Ex Girlfriends video (2012.01) |
| PA0001816207 | http://www.shooshtime.com/videos/xxx/handcuffed-gf-takes-it-up-the-ass_125624/ | Disgraced 18 video (2012.03) |
| PA0001816207 | http://www.shooshtime.com/videos/xxx/submissive-teen-treated-like-sex-slave_114827/ | Disgraced 18 video (2012.03) |
| PA0001820828 | http://www.shooshtime.com/videos/xxx/absolute-domination-of-her-little-pussy_115149/ | Passion-HD video (2012.07) |

EXHIBIT A

| | | |
|---|---|---|
| PA0001820828 | http://www.shooshtime.com/videos/xxx/handcuffs-make-sex-way-better_121578/ | Passion-HD video (2012.07) |
| PA0001827684 | http://www.shooshtime.com/videos/xxx/the-hottest-moment-in-porn-history_119830/ | Passion-HD video (2012.09) |
| PA0001827685 | http://www.shooshtime.com/videos/xxx/desperate-teen-gives-up-her-pussy_120835/ | Casting Couch X video (2012.09) |
| PA0001827685 | http://www.shooshtime.com/videos/xxx/gorgeous-young-stacy-makes-her-porn-debut_138697/ | Casting Couch X video (2012.09) |
| PA0001827685 | http://www.shooshtime.com/videos/xxx/teen-drags-her-friend-into-porn-shoot_127974/ | Casting Couch X video (2012.09) |
| PA0001828865 | http://www.shooshtime.com/videos/xxx/gorgeous-mia-is-a-whore-inside_122416/ | Casting Couch X video 2012.11. |
| PA0001828865 | http://www.shooshtime.com/videos/xxx/beautiful-new-face-enters-the-porn-game_119797/ | Casting Couch X video 2012.11. |
| PA0001828865 | http://www.shooshtime.com/videos/xxx/beauty-queen-teen-finds-porn_122110/ | Casting Couch X video 2012.11. |
| PA0001828865 | http://www.shooshtime.com/videos/xxx/madison-looks-amazing-on-your-cock_129620/ | Casting Couch X video 2012.11. |
| PA0001828872 | http://www.shooshtime.com/videos/xxx/little-girlfriend-struggles-with-big-dick_118237/ | 18 Years Old video 2012.11. |
| PA0001833577 | http://www.shooshtime.com/videos/xxx/dillion-harper-is-our-queen-of-porn_120900/ | Real Ex Girlfriends video (2013.01) |
| PA0001833578 | http://www.shooshtime.com/videos/xxx/the-most-beautiful-view-in-porno_124592/ | 18 Years Old video (2013.01) |
| PA0001833729 | http://www.shooshtime.com/videos/xxx/natalia-starr-always-makes-you-cum_131035/ | Casting Couch X video (2013.01) |
| PA0001833729 | http://www.shooshtime.com/videos/xxx/youre-gonna-love-her-fat-titties_121209/ | Casting Couch X video (2013.01) |
| PA0001857695 | http://www.shooshtime.com/videos/xxx/now-this-is-my-kind-of-massage_124730/ | Fantasy-HD video (2013.03) |
| PA0001862823 | http://www.shooshtime.com/videos/xxx/youd-never-know-shes-a-freak_125049/ | Casting Couch X video (2013.05) |

EXHIBIT A

| | | |
|---|---|---|
| PA0001862823 | http://www.shooshtime.com/videos/xxx/teen-averis-smokin-hot-sex-tape-audition_136466/ | Casting Couch X video (2013.05) |
| PA0001862823 | http://www.shooshtime.com/videos/xxx/id-cut-off-a-testicle-to-fuck-ava-sparxx_123676/ | Casting Couch X video (2013.05) |
| PA0001862823 | http://www.shooshtime.com/videos/xxx/the-truest-definition-of-down-to-fuck_119924/ | POVD video (2014.03) |
| PA0001865678 | http://www.shooshtime.com/videos/xxx/busty-holly-takes-control-of-this-fuck-video_136295/ | Deep Throat Love video (2013.07) |
| PA0001865684 | http://www.shooshtime.com/videos/xxx/hd-sex-looks-like-an-art-form_123871/ | Real Ex Girlfriends video (2013.07) |
| PA0001865703 | http://www.shooshtime.com/videos/xxx/rookie-blondes-very-1st-fuck-video_131287/ | Casting Couch X video (2013.07) |
| PA0001865703 | http://www.shooshtime.com/videos/xxx/freespirit-babe-is-ready-to-be-pornfamous_138970/ | Casting Couch X video (2013.07) |
| PA0001865703 | http://www.shooshtime.com/videos/xxx/incredible-teen-body-violated-at-audition_124173/ | Casting Couch X video (2013.07) |
| PA0001865703 | http://www.shooshtime.com/videos/xxx/her-first-audition-was-a-cum-blaster_129071/ | Casting Couch X video (2013.07) |
| PA0001888265 | http://www.shooshtime.com/videos/xxx/cute-young-lia-is-eager-to-be-in-porno-movies_139080/ | Casting Couch X video (2013.09) |
| PA0001888265 | http://www.shooshtime.com/videos/xxx/marinas-pussy-wasnt-tight-after-this_126003/ | Casting Couch X video (2013.09) |
| PA0001888265 | http://www.shooshtime.com/videos/xxx/every-thrust-feels-good-inside-keisha_129493/ | Casting Couch X video (2013.09) |
| PA0001888387 | http://www.shooshtime.com/videos/xxx/a-pornstar-threesome-with-keisha-grey_132438/ | Passion-HD video (2013.09) |
| PA0001888387 | http://www.shooshtime.com/videos/xxx/keishas-pussy-is-good-enough-to-share_129203/ | Passion-HD video (2013.09) |
| PA0001892867 | http://www.shooshtime.com/videos/xxx/dakotas-tiny-pussy-takes-a-real-beating_130272/ | POVD video (2014.02) |
| PA0001892997 | http://www.shooshtime.com/videos/xxx/lexi-is-cute-goofy-and-a-wild-sex-machine_136793/ | Casting Couch X video (2014.01) |

EXHIBIT A

| | | |
|---|---|---|
| PA0001893025 | http://www.shooshtime.com/videos/xxx/august-can-make-you-cum-instantly_127679/ | Fantasy-HD video (2014.01) |
| PA0001893025 | http://www.shooshtime.com/videos/xxx/the-amazing-whitney-westgate_124874/ | Fantasy-HD video (2014.01) |
| PA0001893075 | http://www.shooshtime.com/videos/xxx/belle-knox-is-all-about-suckin-and-fuckin_130339/ | Teen BFF video (2014.01) |
| PA0001893077 | http://www.shooshtime.com/videos/xxx/thick-dick-almost-cripples-tiny-teen_128076/ | Real Ex Girlfriends video (2014.01) |
| PA0001893385 | http://www.shooshtime.com/videos/xxx/i-bet-dillions-pussy-tastes-sweet_126204/ | 18 Years Old video (2013.11) |
| PA0001893385 | http://www.shooshtime.com/videos/xxx/where-dillion-leads-you-always-follow_128167/ | 18 Years Old video (2013.11) |
| PA0001893402 | http://www.shooshtime.com/videos/xxx/august-ames-intense-casting-couch-sex_135272/ | Casting Couch X video (2013.11) |
| PA0001893402 | http://www.shooshtime.com/videos/xxx/carmen-will-ride-your-hard-cock-raw_128575/ | Casting Couch X video (2013.11) |
| PA0001893402 | http://www.shooshtime.com/videos/xxx/samantha-nixon-rocking-her-sex-audition_137848/ | Casting Couch X video (2013.11) |
| PA0001901823 | http://www.shooshtime.com/videos/xxx/pumping-whitney-westgate-in-pov_129501/ | POVD video (2014.03) |
| PA0001901823 | http://www.shooshtime.com/videos/xxx/youd-cum-in-30-secs-with-her-on-top_128118/ | POVD video (2014.03) |
| PA0001901823 | http://www.shooshtime.com/videos/xxx/keisha-greys-unbelievable-massage-sex_131386/ | POVD video (2014.03) |
| PA0001901823 | http://www.shooshtime.com/videos/xxx/chloe-foster-is-horny-all-day-long_129568/ | POVD video (2014.03) |
| PA0001901823 | http://www.shooshtime.com/videos/xxx/keisha-wants-every-inch-of-cock-inside-her_135940/ | POVD video (2014.03) |
| PA0001901823 | http://www.shooshtime.com/videos/xxx/outdoor-sex-thatll-blow-you-away_129006/ | POVD video (2014.03) |
| PA0001902405 | http://www.shooshtime.com/videos/xxx/alexis-adams-perfect-body-abused_130724/ | Real Ex Girlfriends video (2014.03) |

EXHIBIT A

| | | |
|---|---|---|
| PA0001902405 | http://www.shooshtime.com/videos/xxx/alexis-is-the-girlfriend-we-all-wanted_129242/ | Real Ex Girlfriends video (2014.03) |
| PA0001902673 | http://www.shooshtime.com/videos/xxx/brooke-is-the-best-fuck-i-ever-had_127002/ | 18 Years Old video (2014.03) |
| PA0001902675 | http://www.shooshtime.com/videos/xxx/another-amazing-fuck-with-august_129371/ | Fantasy-HD video (2014.03) |
| PA0001902675 | http://www.shooshtime.com/videos/xxx/emily-grey-getting-every-drop-of-cum_133648/ | Fantasy-HD video (2014.03) |
| PA0001902683 | http://www.shooshtime.com/videos/xxx/cute-emmas-first-porn-audition-was-hot_129692/ | Casting Couch X video (2014.03) |
| PA0001902683 | http://www.shooshtime.com/videos/xxx/emily-grey-is-the-sweetest-teen-to-fuck_132917/ | Casting Couch X video (2014.03) |
| PA0001912976 | http://www.shooshtime.com/videos/xxx/connie-carter-is-one-of-the-best-bangs_131538/ | Real Ex Girlfriends video (2014.05) |
| PA0001912978 | http://www.shooshtime.com/videos/xxx/lexi-riding-the-fuck-out-of-bfs-dick_130154/ | POVD video (2014.05) |
| PA0001912978 | http://www.shooshtime.com/videos/xxx/samantha-rone-gets-the-cum-she-wants_131825/ | POVD video (2014.05) |
| PA0001912978 | http://www.shooshtime.com/videos/xxx/samantha-rone-is-1-horny-little-girl_130841/ | POVD video (2014.05) |
| PA0001912978 | http://www.shooshtime.com/videos/xxx/sex-swingin-fun-with-the-hot-lexi-davis_134851/ | POVD video (2014.05) |
| PA0001912981 | http://www.shooshtime.com/videos/xxx/alexis-adams-deepest-massage-sex_130945/ | Massage Creep video (2014.05) |
| PA0001912983 | http://www.shooshtime.com/videos/xxx/emily-grey-is-the-perfect-brunette-fuck_131062/ | Passion-HD video (2014.05) |
| PA0001912994 | http://www.shooshtime.com/videos/xxx/samantha-is-more-than-happy-to-take-it_132010/ | Fantasy-HD video (2014.05) |
| PA0001922609 | http://www.shooshtime.com/videos/xxx/busty-marina-visconti-cant-get-enough-full_136951/ | Real Ex Girlfriends video (2014.08) |
| PA0001922609 | http://www.shooshtime.com/videos/xxx/yoga-made-this-teens-pussy-exxtra-tight_136127/ | Real Ex Girlfriends video (2014.08) |

EXHIBIT A

| | | |
|---|---|---|
| PA0001922609 | http://www.shooshtime.com/videos/xxx/big-tit-marina-visconti-cant-get-enough-cum_136598/ | Real Ex Girlfriends video (2014.08) |
| PA0001922944 | http://www.shooshtime.com/videos/xxx/alice-gets-bent-over-the-audition-table_132158/ | Casting Couch X video (2014.08) |
| PA0001922945 | http://www.shooshtime.com/videos/xxx/ariana-maries-pussy-exercise-is-fierce_132136/ | 18 Years Old video (2014.08) |
| PA0001922946 | http://www.shooshtime.com/videos/xxx/alex-tanner-is-the-best-redhead-fuck_132656/ | Tiny 4K video (2014.08) |
| PA0001925797 | http://www.shooshtime.com/videos/xxx/dillion-harpers-amazing-povd-fucking_131413/ | POVD video (2014.08) |
| PA0001925797 | http://www.shooshtime.com/videos/xxx/gorgeous-ariana-banged-in-the-grotto_132066/ | POVD video (2014.08) |
| PA0001925797 | http://www.shooshtime.com/videos/xxx/beautiful-emily-grey-fucked-in-sticky-pov_131498/ | POVD video (2014.08) |
| PA0001925797 | http://www.shooshtime.com/videos/xxx/keisha-grey-riding-cock-like-a-maniac_134523/ | POVD video (2014.08) |
| PA0001925797 | http://www.shooshtime.com/videos/xxx/beautiful-emily-greys-perfect-pov-sex_132674/ | POVD video (2014.08) |
| PA0001925797 | http://www.shooshtime.com/videos/xxx/busty-corrines-up-close-and-personal-sex_136285/ | POVD video (2014.08) |
| PA0001925797 | http://www.shooshtime.com/videos/xxx/darcie-seduces-him-till-she-gets-fucked_131609/ | POVD video (2014.08) |
| PA0001929502 | http://www.shooshtime.com/videos/xxx/cute-little-hanna-wants-to-be-a-pornstar_133387/ | Casting Couch X video (2014.09) |
| PA0001929502 | http://www.shooshtime.com/videos/xxx/aly-monroes-sweet-body-gets-abused_133918/ | Casting Couch X video (2014.09) |
| PA0001929502 | http://www.shooshtime.com/videos/xxx/marina-viscontis-amazing-audition-sex_133070/ | Casting Couch X video (2014.09) |
| PA0001929512 | http://www.shooshtime.com/videos/xxx/a-teenagers-threesome-to-die-for_127708/ | Passion-HD video (2014.09) |
| PA0001929513 | http://www.shooshtime.com/videos/xxx/cute-little-blonde-got-every-single-inch_133499/ | POVD video (2014.09) |

EXHIBIT A

| | | |
|---|---|---|
| PA0001929513 | http://www.shooshtime.com/videos/xxx/dillion-harper-getting-the-fuck-of-her-life_137400/ | POVD video (2014.09) |
| PA0001929515 | http://www.shooshtime.com/videos/xxx/emily-grey-is-our-favorite-schoolgirl-whore_132966/ | Real Ex Girlfriends video (2014.09) |
| PA0001929519 | http://www.shooshtime.com/videos/xxx/alexis-perfect-body-demands-a-real-dick_133428/ | Tiny 4K video (2014.09) |
| PA0001951152 | http://www.shooshtime.com/videos/xxx/leggy-brunette-ends-audition-creampied_137066/ | Casting Couch X videos (2015.0304) |
| PA0001951152 | http://www.shooshtime.com/videos/xxx/rookie-zoe-wood-makes-her-hardcore-mark_136953/ | Casting Couch X videos (2015.0304) |
| PA0001951162 | http://www.shooshtime.com/videos/xxx/what-dillion-wants-dillion-will-always-get_137040/ | POVD video 2015.0304. |
| PA0001954528 | http://www.shooshtime.com/videos/xxx/alli-raes-amazing-casting-couch-banging_134968/ | Casting Couch X photos (2014.11) |
| PA0001954528 | http://www.shooshtime.com/videos/xxx/slim-young-blondes-hardcore-audition_134561/ | Casting Couch X video (2014.11) |
| PA0001954528 | http://www.shooshtime.com/videos/xxx/alli-makes-one-of-her-best-fuck-scenes-yet_138946/ | Casting Couch X video (2014.11) |
| PA0001954528 | http://www.shooshtime.com/videos/xxx/teen-kills-herself-after-this-porn-shoot_130395/ | Casting Couch X video (2014.11) |
| PA0001954530 | http://www.shooshtime.com/videos/xxx/alexis-adams-is-a-master-of-riding-the-cock_135847/ | POVD video (2014.11) |
| PA0001954530 | http://www.shooshtime.com/videos/xxx/alexis-fucked-stupid-in-beautiful-pov_134356/ | POVD video (2014.11) |
| PA0001956384 | http://www.shooshtime.com/videos/xxx/dillion-harpers-sex-just-keeps-gettin-better_138411/ | Fantasy-HD video (2015.0506) |
| PA0001956390 | http://www.shooshtime.com/videos/xxx/gia-love-comes-back-for-another-pounding_138189/ | Casting Couch X videos (2015.0506) |
| PA0001956390 | http://www.shooshtime.com/videos/xxx/cute-young-newbies-first-facial-on-camera_138013/ | Casting Couch X videos (2015.0506) |
| PA0001956390 | http://www.shooshtime.com/videos/xxx/nervous-lil-lynn-is-trying-to-be-a-pornstar_138473/ | Casting Couch X videos (2015.0506) |

EXHIBIT A

| | | |
|---|---|---|
| PA0001956390 | http://www.shooshtime.com/videos/xxx/irresistible-18yearolds-incredible-sex-audition_138883/ | Casting Couch X videos (2015.0506) |
| PA0001956390 | http://www.shooshtime.com/videos/xxx/megan-rains-beautiful-hardcore-audition_134027/ | Casting Couch X videos (2015.0506) |
| PA0001956395 | http://www.shooshtime.com/videos/xxx/the-smallest-pussy-ive-seen-on-a-pornstar_135825/ | Passion-HD video (2015.0506) |
| PA0001956584 | http://www.shooshtime.com/videos/xxx/stacked-alexis-cant-contain-her-orgasms_137240/ | POVD video 2015.0102. |
| PA0001956601 | http://www.shooshtime.com/videos/xxx/you-have-never-fucked-a-chick-like-ashley_135992/ | Real Ex Girlfriends video 2015.0102. |
| PA0001956610 | http://www.shooshtime.com/videos/xxx/adorable-melissa-asked-for-this-rough-sex_135447/ | 18 Years Old video (2015.0102) |
| PA0001956611 | http://www.shooshtime.com/videos/xxx/jades-casting-couch-fucking-is-amazing_135687/ | Casting Couch X videos (2015.0102) |
| PA0001956611 | http://www.shooshtime.com/videos/xxx/newest-girl-to-porn-has-some-amazing-tits_135968/ | Casting Couch X videos (2015.0102) |